# EXHIBIT E

| US8680992B2 | Taco Bell ("The accused instrumentality") |
|---|---|
| 1. A method for providing feedback from a device, the method comprising: | The accused instrumentality practices a method for providing feedback from a device (e.g., providing a session report from a user's PC enabled with the accused instrumentality).<br><br>As shown below, the accused instrumentality uses Datadog for providing session report including rage click events from the user's PC enabled with the accused instrumentality to a respective team of the accused instrumentality.<br><br><br>https://www.tacobell.com/<br><br>As shown below, the accused instrumentality uses Datadog to detect rage click sessions and trigger notification to the respective teams of the accused instrumentality. |



Source: Fiddler packet capture





https://www.datadoghq.com/product/real-user-monitoring/

Datadog Real User Monitoring (RUM) provides insight into your application's frontend performance from the perspective of real users. Every user journey is correlated seamlessly with synthetic tests, backend metrics, traces, logs, and network performance data, so you can quickly detect poor user experience and resolve issues with context from across the stack.

https://www.datadoghq.com/product/real-user-monitoring/

# RUM Frustration Signals Dashboard

## Overview

The frustration signals dashboard provides insight into elements where users experience the most friction in your application. It shows:

- **Rage clicks**: Measures when a user clicks the same button more than three times in a one-second sliding window.
- **Error clicks**: Measures when a user clicks on a static element, thinking it is interactive.
- **Dead clicks**: Measures when a user clicks an element and encounters a JavaScript error.

https://docs.datadoghq.com/real_user_monitoring/dashboards/frustration_signals_dashboard/

# RUM Dashboards

## Overview

generating session report

When you create a RUM application, Datadog collects data and generates dashboards about your application's performance, errors, resources, user sessions, and mobile performance.

https://docs.datadoghq.com/real_user_monitoring/dashboards/



https://www.datadoghq.com/blog/analyze-user-experience-frustration-signals-with-rum/

# Notify your teams



Monitor Notifications: Set up notifications when creating monitors to keep your team informed of issues. Route the notifications to the correct people, leverage template variables to include details, and attach snapshots when sending the alerts by email or Slack. Create downtimes to mute alerts during application maintenance.

https://docs.datadoghq.com/monitors/

# Create alerts for frustration signals

You can create monitors and set alerts on frustration signals to notify you or your team if any frustration signals occur on an important page in your application.

https://docs.datadoghq.com/real_user_monitoring/frustration_signals/



https://docs.datadoghq.com/real_user_monitoring/frustration_signals/

| detecting a user frustration event; | The accused instrumentality practices a method of detecting a user frustration event (e.g., detecting rage clicks)

As shown below, when user clicks repeatedly on a particular element or certain area of a website, rage click is occurred which is detected by the accused instrumentality. The accused instrumentality auto-captures the session events of rage click in the form of session replays and generates a real-time session event report including frustration signals which is further transmitted to the teams of the accused instrumentality to quickly identify frontend issues and resolve errors for better user experience. |
|---|---|

# Frustration Signals

## Overview

Frustration signals help you identify your application's highest points of user friction by surfacing moments when users exhibit frustration.

RUM collects three types of frustration signals:

**Rage Clicks**

A user clicks on an element more than three times in a one-second sliding window.

https://docs.datadoghq.com/real_user_monitoring/frustration_signals/

# RUM Frustration Signals Dashboard

## Overview

The frustration signals dashboard provides insight into elements where users experience the most friction in your application. It shows:

- **Rage clicks**: Measures when a user clicks the same button more than three times in a one-second sliding window.
- **Error clicks**: Measures when a user clicks on a static element, thinking it is interactive.
- **Dead clicks**: Measures when a user clicks an element and encounters a JavaScript error.

https://docs.datadoghq.com/real_user_monitoring/dashboards/frustration_signals_dashboard/

## SESSIONS

Click on a session with a value in the **Frustration Count** column to examine the user frustration detected. You can see the type of signal ( `rage click` , `dead click` , or `error click` ) and the event timeline, which shows what occurred during the session.

## VIEWS

Click on a view to identify if a user was frustrated on a specific page with the `frustration detected` tag.



https://docs.datadoghq.com/real_user_monitoring/frustration_signals/



https://www.datadoghq.com/blog/analyze-user-experience-frustration-signals-with-rum/

| `action.frustration.type:rage_click` | string | The rage clicks detected by the RUM Browser SDK. |
| --- | --- | --- |

https://docs.datadoghq.com/real_user_monitoring/browser/data_collected/

| | |
|---|---|
| associating the user frustration event with a device event that includes an active operation of the device at a time when the user frustration event occurred; | The accused instrumentality practices a method of associating the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) with a device event (e.g., detecting and capturing sessions related to rage clicks) that includes an active operation of the device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred.<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of a website, rage click is occurred which is detected by the accused instrumentality. The accused instrumentality auto-captures the session events of rage click in the form of session replays and generates a real-time session event report including frustration signals which is further transmitted to the teams of the accused instrumentality to quickly identify frontend issues and resolve errors for better user experience.<br><br><br><br>https://www.datadoghq.com/product/real-user-monitoring/ |



https://www.datadoghq.com/product/real-user-monitoring/

## Analyze product usage

- Automatically collect and correlate every resource, error, and user action during a user's session

- Analyze usage across your mobile and web applications by browser, country, or any custom dimension with RUM Analytics

- Understand user experience with visualizations including time series, top lists, and tables

# Out-of-the-box dashboards

Analyze information about your user sessions, performance, mobile applications, frustration signals, network resources, and errors collected automatically with out-of-the-box RUM dashboards.



https://docs.datadoghq.com/real_user_monitoring/

# Frustration Signals

## Overview

Frustration signals help you identify your application's highest points of user friction by surfacing moments when users exhibit frustration.

RUM collects three types of frustration signals:

**Rage Clicks**

A user clicks on an element more than three times in a one-second sliding window.

https://docs.datadoghq.com/real_user_monitoring/frustration_signals/

# RUM Frustration Signals Dashboard

## Overview

The frustration signals dashboard provides insight into elements where users experience the most friction in your application. It shows:

- **Rage clicks**: Measures when a user clicks the same button more than three times in a one-second sliding window.
- **Error clicks**: Measures when a user clicks on a static element, thinking it is interactive.
- **Dead clicks**: Measures when a user clicks an element and encounters a JavaScript error.

https://docs.datadoghq.com/real_user_monitoring/dashboards/frustration_signals_dashboard/

## SESSIONS

Click on a session with a value in the **Frustration Count** column to examine the user frustration detected. You can see the type of signal ( `rage click` , `dead click` , or `error click` ) and the event timeline, which shows what occurred during the session.

## VIEWS

Click on a view to identify if a user was frustrated on a specific page with the `frustration detected` tag.



https://docs.datadoghq.com/real_user_monitoring/frustration_signals/



https://www.datadoghq.com/blog/analyze-user-experience-frustration-signals-with-rum/

https://docs.datadoghq.com/real_user_monitoring/browser/data_collected/

| | |
|---|---|
| forming an event package based at least in part on the user frustration event and the device event that includes information indicating a level, a type of user frustration, and information related to routing the event package through a network; and | The accused instrumentality practices a method of forming an event package (e.g., session event report including frustration signals) based at least in part on the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) and the device event (e.g., detecting and capturing sessions related to rage clicks) that includes information indicating a level (session replays for rage clicks), a type of user frustration, and information related to routing (e.g., IP address of the server of the accused instrumentality) the event package (e.g., session event report) through a network (e.g., Internet). |

The accused instrumentality practices a method of forming an event package (e.g., session event report including frustration signals) based at least in part on the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) and the device event (e.g., detecting and capturing sessions related to rage clicks) that includes information indicating a level (session replays for rage clicks), a type of user frustration, and information related to routing (e.g., IP address of the server of the accused instrumentality) the event package (e.g., session event report) through a network (e.g., Internet).

As shown below, when user clicks repeatedly on a particular element or certain area of a website, rage click is occurred which is detected by the accused instrumentality. The accused instrumentality auto-captures the session events of rage click in the form of session replays and generates a real-time session event report including frustration signals which is further transmitted to the teams of the accused instrumentality to quickly identify frontend issues and resolve errors for better user experience.



https://www.datadoghq.com/product/real-user-monitoring/session-replay/

# Session Replay

## Overview

Session Replay expands your user experience monitoring by allowing you to capture and visually replay the web browsing experience of your users. Combined with RUM performance data, Session Replay is beneficial for error identification, reproduction, and resolution, and provides insights into your web application's usage patterns and design pitfalls.

https://docs.datadoghq.com/real_user_monitoring/session_replay/

## Session Replay recorder

The Session Replay recorder is part of the RUM Browser SDK. The recorder takes a snapshot of the browser's DOM and CSS by tailing and recording events happening on a web page (such as DOM modification, mouse move, clicks, and input events) along with these events' timestamps.

https://docs.datadoghq.com/real_user_monitoring/session_replay/

# Watch frustration signals in Session Replay

In Session Replay, you can observe a video-like replication of real user activity. Replays provide video evidence of the actions users take when they exhibit signs of frustration.

A session replay's user journey details the events that occur in chronological order. Hover over an event to move to that point in time in the replay: for example, when a dead click occurred.

https://docs.datadoghq.com/real_user_monitoring/frustration_signals/



https://docs.datadoghq.com/real_user_monitoring/frustration_signals/

# RUM Dashboards

## Overview

generating session report

When you create a RUM application, Datadog collects data and generates dashboards about your application's performance, errors, resources, user sessions, and mobile performance.

https://docs.datadoghq.com/real_user_monitoring/dashboards/



https://www.datadoghq.com/blog/analyze-user-experience-frustration-signals-with-rum/

| transmitting the event package. | The accused instrumentality practices transmitting the event package (e.g., transmitting session event report including frustration signals by notifying the teams of the accused instrumentality). |
| --- | --- |
| | As shown below, when user clicks repeatedly on a particular element or certain area of a website, rage click is occurred which is detected by the accused instrumentality. The accused instrumentality auto-captures the session events of rage click in the form of session replays and generates a real-time session event report including frustration signals which is further transmitted to the teams of the accused instrumentality to quickly identify frontend issues and resolve errors for better user experience. |

"Datadog RUM gives our teams
visibility into every step of the
customer journey on our E-
commerce platform, from adding
items to a basket to completing the
checkout process. RUM also enables
us to quickly identify frontend issues,
pinpoint impacted customers, and
resolve errors so we can deliver a
better user experience."

https://www.datadoghq.com/product/real-user-monitoring/

Monitoring all of your infrastructure in one place wouldn't be complete without the ability to know
when critical changes are occurring. Datadog gives you the ability to create monitors that actively
check metrics, integration availability, network endpoints, and more.

Configure monitors, notify your teams, and manage alerts at a glance on the Alerting platform.

https://docs.datadoghq.com/monitors/

# Notify your teams



Monitor Notifications: Set up notifications when creating monitors to keep your team informed of issues. Route the notifications to the correct people, leverage template variables to include details, and attach snapshots when sending the alerts by email or Slack. Create downtimes to mute alerts during application maintenance.

https://docs.datadoghq.com/monitors/

# Create alerts for frustration signals

You can create monitors and set alerts on frustration signals to notify you or your team if any frustration signals occur on an important page in your application.

https://docs.datadoghq.com/real_user_monitoring/frustration_signals/



https://docs.datadoghq.com/real_user_monitoring/frustration_signals/