It is so Ordered. Case dismissed without prejudice.
*/s/ John R. Adams*
U.S. District Judge
January 26, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SAVANNAH LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> TACO BELL CORP., <br><br> Defendant. | CASE NO.: 5:22-cv-02148-JRA <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Savannah Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all of the claims asserted against Defendant Taco Bell Corp. in the within action WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. Taco Bell Corp. has not served an answer or a motion for summary judgment.

Dated: January 26, 2023

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Howard.Wernow@sswip.com

ATTORNEY FOR PLAINTIFFTIFF

1